IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00176-RPM-MEH

ERIC MESSERSMITH,

    Plaintiff,

v.

DWAIN L. BUSH,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2010.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference and Status Report [filed April 2, 2010; docket #7] is **granted in part and denied in part**. The Scheduling Conference currently set for April 16, 2010, at 9:15 a.m. is **vacated**, but the Court will hold a Status Conference at that same time in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. The parties shall be prepared to discuss the status of settlement negotiations in this case.

    The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.