IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00176-RPM-MEH

ERIC MESSERSMITH,

    Plaintiff,

TRANSPORTATION INSURANCE COMPANY,

    Intervenor Plaintiff,

v.

DWAIN L. BUSH,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

    Pursuant to Fed. R. Civ. P. 24(a)(2), the unopposed[1] Motion to Intervene filed by Transportation Insurance Company [filed March 4, 2010; docket #4] is **granted**. The Complaint in Intervention, filed March 4, 2010 at docket #5, is accepted as filed. Defendant shall answer or otherwise respond to the Complaint **on or before June 7, 2010**.

---

[1] The proposed intervenor fails to comply with D.C. Colo. LCivR 7.1A by failing to include a certification of conferral in the motion. Typically, the Court would strike the motion for failure to comply. However, the motion was filed more than two months ago and no party has filed any responses or objections to the motion. Therefore, the Court construes the motion as unopposed.