IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00176-RPM-MEH

**ERIC MESSERSMITH**,

    Plaintiff,

**TRANSPORTATION INSURANACE COMPANY**,

    Intervenor Plaintiff,

v.

**DWAIN L. BUSH**,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice [25], it is

    ORDERED that all claims that were asserted or could have been asserted in this action are hereby DISMISSED WITH PREJUDICE. Each party shall pay their own attorney fees and costs.

    DATED this 30th day of July, 2010.

                             BY THE COURT

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, United States District Judge